GREATER NEW YORK EMPLOYING PLASTERERS ASSOCIATION, INC., and Another, Respondents, *v.* MICHAEL B. GALLAGHER, as President, and Others, as Vice-President and as Secretary and Treasurer of the OPERATIVE PLASTERERS AND CEMENT FINISHERS INTERNATIONAL ASSOCIATION, LOCAL No. 60, Appellants.

PER CURIAM. Plaintiffs have not shown that their legal or contractual rights have been invaded by the defendants' labor union in adopting the by-law complained of. The order granting an injunction *pendente lite* should be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.